1  AARON M. CLEFTON (SBN 318680)
   CLEFTON DISABILITY LAW
2  1423 Broadway #1133
   Oakland, CA  94612
3  Telephone:  510/832-5001
   Facsimile:   510/832-4787
4  info@cleftonlaw.com

5  Attorneys for Plaintiff
   MYRNA ATIENZA
6

7                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
8

9
   MYRNA ATIENZA,                          Case No.  4:24-cv-00312-DMR
10
        Plaintiff,                         **NOTICE OF CHANGE OF FIRM NAME
11                                         FOR AARON CLEFTON**

12      v.

   HIGHLANDS SAN RAMON L.P., dba
13 HIGHLANDS POINT APARTMENTS;
   ST. ANTON PARTNERS, LLC; and ST.
14 ANTON MULTIFAMILY INC.,

15      Defendants.

16

17 TO THE COURT AND ALL PARTIES HEREIN AND THEIR COUNSEL OF RECORD:

18      PLEASE TAKE NOTICE that Aaron Clefton, attorney of record for Plaintiff, has changed

19 his firm name from REIN & CLEFTON, Attorneys at Law to CLEFTON DISABILITY LAW,

20 effective November 1, 2024.  The address, telephone and facsimile numbers for the firm all

21 remain the same.

22      AARON M. CLEFTON (SBN 318680)
        CLEFTON DISABILITY LAW
23      1423 Broadway #1133
        Oakland, CA  94612
24      Telephone:  510/832-5001
        Facsimile:   510/832-4787
25      aaron@cleftonlaw.com

26 //

27 //

28 //

NOTICE OF CHANGE OF FIRM NAME
CASE NO. 4:24-cv-00312-DMR

| | | |
|---|---|---|
| 1 | Dated: November 14, 2024 | CLEFTON DISABILITY LAW |
| 2 | | */s/ Aaron Clefton* |
| 3 | | By: AARON CLEFTON, ESQ.<br>Attorneys for Plaintiff<br>MYRNA ATIENZA |

NOTICE OF CHANGE OF FIRM NAME
CASE NO. 4:24-cv-00312-DMR

- 2 -