AARON M. CLEFTON, Esq. (SBN 318680)
CLEFTON DISABILITY LAW
1423 Broadway #1133
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787
info@cleftonlaw.com

IRAKLI KARBELASHVILI, Esq. (SBN 302971)
ALLACCESS LAW GROUP
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142
irakli@allaccesslawgroup.com

Attorneys for Plaintiff
MYRNA ATIENZA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRNA ATIENZA,<br><br>    Plaintiff,<br><br>    v.<br><br>HIGHLANDS SAN RAMON L.P., dba HIGHLANDS POINT APARTMENTS; ST. ANTON PARTNERS, LLC; and ST. ANTON MULTIFAMILY INC.,<br><br>    Defendants. | CASE NO. 4:24-cv-00312-DMR<br><u>Civil Rights</u><br><br>**JOINT NOTICE OF SETTLEMENT** |

Plaintiff MYRNA ATIENZA and Defendants HIGHLANDS SAN RAMON L.P., dba HIGHLANDS POINT APARTMENTS; ST. ANTON PARTNERS, LLC; and ST. ANTON MULTIFAMILY INC., hereby notify the Court that the case has settled in its entirety. The Parties request that the Court vacate all currently set deadlines. However, the Parties request that the case not be dismissed for 45 days so that the parties may finalize settlement documents and effectuate settlement.

//

//

1

NOTICE OF SETTLEMENT
CASE NO. 4:24-cv-00312-DMR

| | |
|---|---|
| Date: November 21, 2024 | REIN & CLEFTON<br>ALLACCESS LAW GROUP |
| | <u>      /s/ Aaron M. Clefton</u><br>By AARON M. CLEFTON, Esq.<br>Attorney for Plaintiff<br>MYRNA ATIENZA |
| Dated: November 21, 2024 | PALMER KAZANJIAN WOHL HODSON LLP |
| | <u>       /s/ Christopher F. Wohl</u><br>CHRISTOPHER F. WOHL, ESQ.<br>HALLIE SPAULDING, ESQ.<br>DAYRA JUAREZ, ESQ.<br>Attorneys for Defendants<br>HIGHLANDS SAN RAMON L.P.;<br>ST. ANTON PARTNERS, LLC; and<br>ST. ANTON MULTIFAMILY INC. |

## **FILER'S ATTESTATION**

Pursuant to Local Rules, I hereby attest that on November 21, 2024, I, Aaron Clefton, attorney with Rein & Clefton, received the concurrence of Christopher F. Wohl, Esq. in the filing of this document.

*/s/ Aaron Clefton*

Aaron Clefton
