AARON M. CLEFTON, Esq.  (SBN 318680)
CLEFTON DISABILITY LAW
1423 Broadway #1133
Oakland, CA  94612
Telephone:  510/832-5001
Facsimile:   510/832-4787
info@cleftonlaw.com

IRAKLI KARBELASHVILI, Esq. (SBN 302971)
ALLACCESS LAW GROUP
irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for Plaintiff
MYRNA ATIENZA

CHRISTOPHER F. WOHL (SBN: 170280)
HALLIE SPAULDING (SBN: 258383)
DAYRA JUAREZ (SBN: 340294)
PALMER KAZANJIAN WOHL HODSON LLP
2277 Fair Oaks Boulevard, Suite 455
Sacramento, CA 95825
Telephone: (916) 442-3552
Facsimile: (916) 640-1521

Attorney for Defendants
HIGHLANDS SAN RAMON L.P.;
ST. ANTON PARTNERS, LLC; and
ST. ANTON MULTIFAMILY INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MYRNA ATIENZA,<br><br>    Plaintiff,<br><br>    v.<br><br>HIGHLANDS SAN RAMON L.P., dba HIGHLANDS POINT APARTMENTS; ST. ANTON PARTNERS, LLC; and ST. ANTON MULTIFAMILY INC.,<br><br>    Defendants. | CASE NO.  4:24-cv-00312-DMR<br><br>Civil Rights<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Action Filed: January 19, 2024 |

1 **STIPULATION**

2 Plaintiff MYRNA ATIENZA ("Plaintiff") and Defendants HIGHLANDS SAN RAMON

3 L.P., dba HIGHLANDS POINT APARTMENTS; ST. ANTON PARTNERS, LLC; and ST.

4 ANTON MULTIFAMILY INC. ("Defendants") – (collectively, the "Parties") – hereby stipulate

5 and request that pursuant to Federal Rules of Civil Procedure Rule 41(a)(l)(A)(ii), the above-

6 captioned action be dismissed with prejudice in its entirety.

7 Each side shall pay its own attorneys' fees and costs.

8 **IT IS SO STIPULATED.**

Date: December 20, 2024

CLEFTON DISABILITY LAW
ALLACCESS LAW GROUP

By: _____*/s/ Aaron Clefton*_____
AARON CLEFTON, ESQ.
Attorneys for Plaintiff
MYRNA ATIENZA

Date: December 20, 2024

PALMER KAZANJIAN WOHL HODSON LLP

By: /s/ Hallie Spaulding
CHRISTOPHER F. WOHL, ESQ.
HALLIE SPAULDING, ESQ.
DAYRA JUAREZ, ESQ.
Attorneys for Defendants
HIGHLANDS SAN RAMON L.P., dba
HIGHLANDS POINT APARTMENTS; ST.
ANTON PARTNERS, LLC; and ST. ANTON
MULTIFAMILY INC.

**FILER'S ATTESTATION**

Under Local Rule 5-1, I attest that on December 17, 2024, I, Aaron Clefton, attorney with Rein & Clefton, received the concurrence of Hallie Spaulding, Esq in the filing of this document.

*/s/ Aaron Clefton*
Aaron Clefton

STIP TO DISMISS
Case No. 4:23-cv-00312-DMR

-- 2 --

# [PROPOSED] ORDER

For GOOD CAUSE SHOWN, it is so ORDERED.  This matter is dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

DATED: December 20, 2024

_____
Donna M. Ryu
Chief Magistrate Judge